IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PARIS SCHOOL DISTRICT                                                                                    PLAINTIFF

v.                                             No. 2:15-CV-02197

A.H., by and through her parent
CYNDI HARTER                                                                                           DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed on this date, IT IS ORDERED AND ADJUDGED that the Hearing Officer erred in determining that the Paris School District provided inadequate training to its staff for the 2013-2014 school year; that the Hearing Officer's order otherwise reached the correct conclusions; and that A.H. was denied a Free Appropriate Public Education by the Paris School District as set out in the Hearing Officer's decision and order. (Doc. 6-1). Defendants are entitled to the remedies ordered by the Hearing Officer and the Paris School District's case is DISMISSED WITH PREJUDICE.

Reasonable attorney's fees and costs to the extent allowable under the IDEA will be entered via separate order after briefing by the parties. The parties shall comply with the schedule set out in the opinion and order.

IT IS SO ORDERED AND ADJUDGED this 3rd day of April, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE